UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Monica Logan, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:10cv1320 JCH |
| Consumer Financial Services, LLC, | ) |
| Defendant(s). | ) |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant(s) **Consumer Financial Services, LLC** on September 15, 2010, having been served on September 13, 2010.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 3rd day of December, 2010.

/s/ Jean C. Hamilton
Honorable Jean C. Hamilton
UNITED STATES DISTRICT JUDGE